UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:15-MJ-1053

IN THE MATTER OF THE SEARCH OF )
Samsung cellular telephone MEID )
No. 256691456904678518, and ) **ORDER TO UNSEAL**
Samsung Cellular Telephone, MEID )
No. 256691456707893768 )

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

1/5/17
DATE

KIMBERLY A. SWANK
United States Magistrate Judge